UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH SANTIAGO,
                    Plaintiff,

-v-

CAPITAL ONE BANK (USA), N.A., *et al.*,
                    Defendants.

21-CV-1433 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed by Defendant TransUnion, LLC from New York Supreme Court, New York County, on February 18, 2021. Counsel for Plaintiff is directed to file an appearance with this Court no later than March 12, 2021.

    Counsel for Defendant TransUnion shall serve a copy of this order on Counsel for Plaintiff by March 5, 2021.

    SO ORDERED.

Dated: March 2, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge